UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                    )
UNITED STATES OF AMERICA,           )
                                    )   No. CR08-04RSL
             Plaintiff,             )
    v.                              )   ORDER DENYING DEFENDANT'S
                                    )   MOTION TO COMPEL TEST
GURJOT JOHL,                        )   RESULTS
                                    )
             Defendant.             )
_____ )

This matter comes before the Court on defendant Gurjot Johl's "Motion to Compel Test Results" (Dkt. #34). In his motion, defendant requests "an order compelling the Government to forthwith provide the defense qualitative and quantitative test results for the MDMA he attempted to possess with intent to distribute." Dkt. #34-2. In its response, the government attached a copy of documents that have been provided to defendant, including: (1) the Custody Receipt for Seized Property and Evidence indicating the weight of the material seized; and (2) the laboratory report prepared by a DEA forensic chemist concerning the composition of the seized material. See Dkt. #35, Exs. 1 & 2. Accordingly, defendant has obtained the relief requested in his motion and the Court DENIES AS MOOT defendant's motion (Dkt. #34) and the accompanying request for oral argument.

//

//

ORDER DENYING DEFENDANT'S
MOTION TO COMPEL TEST RESULTS

1       DATED this 24th day of July, 2008.
2
3
4                                       _____
                                        Robert S. Lasnik
5                                       United States District Judge
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

ORDER DENYING DEFENDANT'S
MOTION TO COMPEL TEST RESULTS         -2-